1   GIA N. MARINA
    Nevada Bar No. 15276
2   **CLARK HILL PLLC**
    3800 Howard Hughes Drive, Suite 500
3   Las Vegas, Nevada  89169
    E-mail: gmarina@clarkhill.com
4   Telephone:  (702) 862-8300
    Facsimile:  (702) 778-9709
5   *Attorney for Defendant*
    *Equifax Information Services LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
9

10  EDWARD MERCHANT,                          )   **Case No. 2:23-cv-00036-MMD-DJA**
                                              )
11              Plaintiff,                    )
                                              )
12  vs.                                       )   **MOTION FOR EXTENSION OF TIME**
                                              )   **FOR DEFENDANT EQUIFAX**
13  NISSAN MOTOR ACCEPTANCE                   )   **INFORMATION SERVICES LLC TO**
    COMPANY, LLC; EXPERIAN                    )   **FILE ANSWER**
14  INFORMATION SOLUTIONS, INC.;              )
    EQUIFAX INFORMATION SERVICES, LLC;        )   **FIRST REQUEST**
15  TRANS UNION, LLC                          )
                                              )
16                                            )
                                              )
17              Defendants.                   )
                                              )

18        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

22  move or otherwise respond to the Complaint in this action is extended from January 30, 2023

23  through and including **February 21, 2023**.  The request was made by Equifax so that it can have

24  an

25  / /

26  / /

27  / /

28  / /

1  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

2  and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

3       Respectfully submitted, this 25th day of January, 2023.

4

5  CLARK HILL PLLC

6  By: /s/Gia N. Marina
   Gia N. Marina
7  Nevada Bar No. 15276
   3800 Howard Hughes Pkwy,
8  Suite 500
   Las Vegas, NV 89169
9  Tel: (702) 862-8300
10 Fax: (702) 778-9709
   Email: gmarina@clarkhill.com
11

12 *Attorney for Defendant Equifax Information*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**No opposition**

 /s/ Michael Everett Yancey, III
Michael Everett Yancey, III, Esq.
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
818-600-5537
Fax: 818-600-5464
Email: michael@pricelawgroup.com

**IT IS SO ORDERED**.

DATED: January 26, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -

1

## CERTIFICATE OF SERVICE

2      I hereby certify that a true and exact copy of the foregoing has been served this 25th day of

3 January, 2023, via CM/ECF, upon all counsel of record:

4

5
                                        By: /s/ *Gia N. Marina*
6                                       GIA N. MARINA
                                        Nevada Bar No. 15276
7                                       **CLARK HILL PLLC**
                                        3800 Howard Hughes Drive, Suite 500
8                                       Las Vegas, Nevada  89169
                                        E-mail: gmarina@clarkhill.com
9                                       Telephone:  (702) 862-8300
                                        Facsimile:  (702) 778-9709
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28