WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Defendant, Nissan Motor Acceptance*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD MERCHANT,<br><br>        Plaintiffs,<br>    vs.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>        Defendants. | Case No.:  2:23-cv-00036-MMD-DJA<br><br>**STIPULATION TO EXTEND TIME (FIRST REQUEST)** |

Pursuant to F.R.C.P. 6 and Local Rule 6-1 of the U.S. District Court Rules, the undersigned, Jory C. Garabedian, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Defendant, Nissan Motor Acceptance Company LLC ("NMAC") and Michael Yancey III of the law firm of PRICE LAW GROUP, APC, as counsel of record for Plaintiff, Edward Merchant, hereby stipulate that NMAC shall file its response to the underlying Complaint by February 21, 2023 and states as follows:

1. No previous extensions have been requested.
2. Plaintiff filed his underlying Complaint in this action on January 6, 2023.
3. NMAC was served on January 10, 2023. It's deadline to respond is January 31, 2023.
4. NMAC requires additional time to adequately investigate and respond to the allegations in this Complaint. The parties are further exploring potential resolution.
5. The parties agreed that NMAC will have until February 21, 2023 to file its response.
6. The extension will not affect any other deadlines or prejudice any party.

IT IS SO STIPULATED.

Dated: January 31, 2023

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

PRICE LAW GROUP, APC
*Michael Yancey III*
Michael Yancey III
Nevada Bar No. 16158
5940 S Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **STIPULATION TO EXTEND TIME** on the 31st day of January, 2023, to all parties on the CM/ECF service list.

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP