1  Michael Yancey III, NV # 16158
   PRICE LAW GROUP, APC
2  5940 S Rainbow Blvd, Suite 3014
   Las Vegas, NV 89118
3  P: (818) 600-5537
   F: (818) 600-5464
4  E: michael@pricelawgroup.com
   *Attorneys for Plaintiff*
5  *Edward Merchant*

6  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
7

8  EDWARD MERCHANT,                        Case No.: 2:23-cv-00036-MMD-DJA

9              Plaintiff,                  **STIPULATION OF DISMISSAL AS**
                                           **TO DEFENDANT EQUIFAX**
10 v.                                      **INFORMATION SERVICES, LLC**
                                           **WITH PREJUDICE**
11 NISSAN MOTOR ACCEPTANCE
   COMPANY, LLC; EXPERIAN
12 INFORMATION SOLUTIONS, INC.;
   EQUIFAX INFORMATION
13 SERVICES, LLC; and TRANS
   UNION LLC,
14
               Defendants.
15         Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Edward Merchant

16 and Defendant Equifax Information Services, LLC ("Equifax"), by and through

17 undersigned counsel, hereby stipulate that this action and all claims asserted therein

18 be dismissed with prejudice, as to Defendant Equifax only, with attorneys' fees and

19 costs to be paid as indicated in the parties' settlement agreement.

20         RESPECTFULLY SUBMITTED this 24th day of April 2023.

1

*/s/Michael Yancey*
Michael Yancey III, NV # 16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Edward Merchant*

*/s/ Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

   Pursuant to the stipulation of the parties, Defendant Eqiufax Information Services, LLC is dismissed with prejudice.    IT IS SO ORDERED.

Dated:  4/24/2023                   _____
                                    Chief U.S. District Judge

2