1  Michael Yancey III, NV # 16158
   PRICE LAW GROUP, APC
2  5940 S Rainbow Blvd, Suite 3014
   Las Vegas, NV 89118
3  P: (818) 600-5537
   F: (818) 600-5464
4  E: michael@pricelawgroup.com
   *Attorneys for Plaintiff*
5  *Edward Merchant*

6             **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
7

8  EDWARD MERCHANT,                    Case No.: 2:23-cv-00036-MMD-DJA

9                  Plaintiff,          **STIPULATION OF DISMISSAL AS**
                                       **TO DEFENDANT EXPERIAN**
10 v.                                  **INFORMATION SOLUTIONS,**
                                       **INC. WITH PREJUDICE**
11 NISSAN MOTOR ACCEPTANCE
   COMPANY, LLC; EXPERIAN
12 INFORMATION SOLUTIONS, INC.;
   EQUIFAX INFORMATION
13 SERVICES, LLC; and TRANS
   UNION LLC,
14
                   Defendants.

15         Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Edward Merchant

16 and Defendant Experian Information Solutions, Inc. ("Experian"), by and through

17 undersigned counsel, hereby stipulate that this action and all claims asserted therein

18 be dismissed with prejudice, as to Defendant Experian Information Solutions, Inc.

19 only, with each party to bear their own attorneys' fees and costs.

20
           RESPECTFULLY SUBMITTED this 1st day of May 2023.

                                       1

```
                                /s/Michael Yancey
                                Michael Yancey III, NV # 16158
                                PRICE LAW GROUP, APC
                                5940 S Rainbow Blvd, Suite 3014
                                Las Vegas, NV 89118
                                P: (818) 600-5537
                                E: michael@pricelawgroup.com
                                Attorneys for Plaintiff
                                Edward Merchant

                                /s/Benjamin B. Gordon
                                Jennifer L. Braster
                                Nevada Bar No. 9982
                                Benjamin B. Gordon
                                Nevada Bar No. 15552
                                NAYLOR & BRASTER
                                1050 Indigo Drive, Suite 200
                                Las Vegas, NV 89145
                                (T) (702) 420-7000
                                (F) (702) 420-7001
                                jbraster@nblawnv.com
                                bgordon@nblawnv.com

                                Cheryl L. O'Connor
                                Nevada Bar No. 14745
                                JONES DAY
                                3161 Michelson Drive, Suite 800
                                Irvine, CA 92612
                                (T) (949) 851-3939
                                (F) (949) 553-7539
                                coconnor@jonesday.com
                                Attorneys for Experian Information
                                Solutions, Inc.
```

IT IS SO ORDERED.

Dated May 1, 2023

_____
U.S. District Judge

2